# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00003-CV

### In re Archie Terrell Scaife

## ORIGINAL PROCEEDING FROM BELL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Archie Terrell Scaife has filed a petition for writ of mandamus complaining of the trial court's failure to enforce this Court's judgment in a forfeiture case that the State should take nothing on its claim to $485 in cash. *See* Tex. R. App. P. 52.8; *see also $485.00 in U.S. Currency v. State*, No. 03-12-00325-CV, 2014 WL 4364911 (Tex. App.—Austin Aug. 28, 2014, no pet.) (mem. op.). The real party in interest, the Bell County District Attorney's office, has informed the Court that it mailed a check for $485 to Scaife and that the check has been processed. The District Attorney's office has presented us with a copy of the cancelled check showing that it has been cashed. On this record, we deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Bourland

Filed:   March 6, 2015